UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW PASAYAN,

    Plaintiff,

v.                                                   CASE NO: 8:05-cv-428-T-23MAP

UNITED STATES OF AMERICA,

    Defendant.
_____/

## **ORDER**

    Andrew Pasayan (Doc. 1) asserts a claim pursuant to Title VI, 42 U.S.C. § 2000d, for discrimination against ostrich farmers.  An order (Doc. 7) states that ostrich farmers fail to qualify as a class of persons protected by Title VI and directs Mr. Pasayan to show why this action should not be dismissed for failure to state a claim upon which relief can be granted.  In response, Mr. Pasayan files an amended complaint asserting no further basis for protection under Title VI.  Accordingly, this action is **DISMISSED** for failure to state a claim upon which relief can be granted.  The Clerk is directed to (1) terminate any pending motion and (2) close the file.

    ORDERED in Tampa, Florida, on August 2, 2005.

                                                                              *[signature]*
                                                                        STEVEN D. MERRYDAY
                                                              UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
       Courtroom Deputy